**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
Fax: (209) 579-9420
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Eric Eugene Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 16-90790 |
| Eric Eugene Thomas, | |
| Debtor(s). | Chapter 13 |

### ORDER CONFIRMING PLAN

The Chapter 13 plan filed on August 30, 2016 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction or of other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

1

RECEIVED
November 16, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005926969

1　　　　IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in
2　the full amount of $4,000.00 are approved, $200.00 of which was paid prior to the filing
3　of the petition.  The balance of $3,800.00 provided that the attorney and debtor have
4　complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan
5　payments at the rate specified in the confirmed plan.

6
7　*[signature]*
　　Approved by the Chapter 13
8　Trustee as to form.

9
　　Dated:　　　　　　　　　　　　　　　　BY THE COURT
10

11　Dated: November 16, 2016

12
13
14　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Robert S. Bardwil, Judge
15　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

16
17
18
19
20
21
22
23
24
25
26
27
28